FILED
June 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | Case No: EP:23-CR-01213-DB |
|---|---|---|
| Plaintiff, | § § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance |
| ALEJANDRO GARCIA-LUNA, | § § | **CT 2:** 8 U.S.C. § 1326(a) & (b)(1) – Illegal Re-Entry |
| Defendant. | § § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about May 31, 2023, in the Western District of Texas, Defendant,

**ALEJANDRO GARCIA-LUNA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT TWO</u>
(8 U.S.C. § 1326(a) & (b)(1))

On or about May 31, 2023, in the Western District of Texas, Defendant,

**ALEJANDRO GARCIA-LUNA,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the

Rev. 2017-11-30

Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

███████████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: *José Luis González*
Assistant U.S. Attorney

Rev. 2017-11-30